UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMILO RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO: 07-0008 |
| TORCH OFFSHORE, LLC, ET AL. | SECTION: "A" (2) |

### ORDER

Before the Court is a **Motion for Summary Judgment, and/or Motion to Dismiss (Rec. Doc. 12)** filed by the Defendants.  The Plaintiff does not oppose the motion.  The Court finds that the motion should be **GRANTED**.[1]  Furthermore, the Court finds that the Defendants are entitled to attorney's fees from the Plaintiff under 28 U.S.C. § 1927.  In the event that the parties are unable to agree on the amount of reasonable attorney's fees incurred by the Defendants, the Court will entertain a formal motion.

Accordingly;

**IT IS ORDERED**  that the **Motion for Summary Judgment, and/or Motion to Dismiss (Rec. Doc. 12)** filed by the Defendants is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff pay the Defendants' reasonable

---

[1] See Defendants' Supplemental Memorandum in Support, Exh. A, pp.22-23

attorney's fees incurred through defending this litigation.

New Orleans, Louisiana, Friday, August 24, 2007.

						_____
						JAY C. ZAINEY
						UNITED STATES DISTRICT JUDGE